IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Sherborah Monique DAVIS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-283 (MTT) |
| Michael J. ASTRUE, *Commissioner of Social Security*, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Notice of Appeal, which the Court construes as a motion for leave to appeal in forma pauperis. (Doc. 26). The Magistrate Judge assigned to this case initially granted the Plaintiff's motion to proceed in forma pauperis in the district-court action. On March 15, 2011, the Court entered an order affirming the Commissioner of Social Security's denial of benefits. (Doc. 24). The Plaintiff now seeks to appeal the order affirming the Commissioner.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Although the Court found substantial evidence to support the Administrative Law Judge's determination that the Plaintiff was not disabled, in the Court's best judgment, an appeal from that Order can be taken in good faith. Accordingly, the Plaintiff's motion for leave to appeal in forma pauperis is **GRANTED**.

**SO ORDERED**, this the 23rd day of May, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT